B6A (Official Form 6A) (12/07)

In re **Daniel Fryza,**
    **Katherine Revelas**
                                                            ,
Debtors

Case No. **14-44618**

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **1236 Teasel Lane, Naperille, Illinois 60564**<br>**Single Family Dwelling**<br>**Purchased in NOvember 1994 (Purchase Price $156,877)**<br>**Value Per Zillow.com**<br>**PIN#: 07-33-114-013** | **Fee Simple** | - | **260,000.00** | **321,071.81** |
| **3336 Elm, Brookfield, Illinois 60513**<br>**Single Family Dwelling - 50% owner**<br>**Debtor received property from Mother after her passing**<br>**Value Per Zillow: $80,000.00 Mortgage: $95,000.00**<br>**Property still in Mother's name.** | **Fee Simple** | **J** | **80,000.00** | **100,000.00** |

                                          Sub-Total >    **340,000.00**    (Total of this page)

                                          Total >    **340,000.00**

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)