B6D (Official Form 6D) (12/07)

In re  **Daniel Fryza,**  
**Katherine Revelas**  
_____,  
Debtors

Case No. __**14-44618**__

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Chicory Place Community Association<br>c/o G&D Property Management Inc.<br>412 Eisenhower Lane North<br>Lombard, IL 60148 | | J | Assessment<br>1236 Teasel Lane, Naperille, Illinois 60564<br>Single Family Dwelling<br>Purchased in NOvember 1994 (Purchase Price $156,877)<br>Value Per Zillow.com<br>PIN#: 07-33-114-013<br>Value $ 260,000.00 | | | | 0.00 | 0.00 |
| Account No. **xxxxxxxxxx5193**<br><br>PNC Bank<br>Customer Service Department<br>PO Box 1820<br>Dayton, OH 45401 | | - | Second Mortgage<br>1236 Teasel Lane, Naperille, Illinois 60564<br>Single Family Dwelling<br>Purchased in NOvember 1994 (Purchase Price $156,877)<br>Value Per Zillow.com<br>PIN#: 07-33-114-013<br>Value $ 260,000.00 | | | X | 110,048.00 | 61,071.81 |
| Account No. **xxxxxxxxx7362**<br><br>PNC Mortgage<br>Customer Service Department<br>PO Box 1820<br>Dayton, OH 45401 | | - | Opened 12/01/95  Last Active  2/04/14<br>First Mortgage<br>1236 Teasel Lane, Naperille, Illinois 60564<br>Single Family Dwelling<br>Purchased in NOvember 1994 (Purchase Price $156,877)<br>Value Per Zillow.com<br>Value $ 260,000.00 | | | X | 211,023.81 | 0.00 |
| Account No.<br><br>National City Mortgage<br>4661 E. Main Street<br>Columbus, OH 43213 | | | Additional Notice Sent To:<br>PNC Mortgage<br><br>Value $ | | | | Notice Only | |
| __**2**__ continuation sheets attached | | | Subtotal (Total of this page) | | | | 321,071.81 | 61,071.81 |

**B6D (Official Form 6D) (12/07) - Cont.**

In re **Daniel Fryza,**
**Katherine Revelas** Case No. **14-44618**

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Pierce and Assoc.**<br>**One N. Dearborn St**<br>**Suite 1300**<br>**Chicago, IL 60602** | | | **Additional Notice Sent To:**<br>**PNC Mortgage**<br><br>Value $ | | | | **Notice Only** | |
| Account No.<br>**PNC Bank N.A ***<br>**1 Financial Parkway**<br>**Kalamazoo, MI 49009** | | | **Additional Notice Sent To:**<br>**PNC Mortgage**<br><br>Value $ | | | | **Notice Only** | |
| Account No.<br>**PNC Mortgage**<br>**6 N Main Street**<br>**Dayton, OH 45402** | | | **Additional Notice Sent To:**<br>**PNC Mortgage**<br><br>Value $ | | | | **Notice Only** | |
| Account No.<br>**PNC Mortgage**<br>**3232 Newmark Drive**<br>**Miamisburg, OH 45342** | | | **Additional Notice Sent To:**<br>**PNC Mortgage**<br><br>Value $ | | | | **Notice Only** | |
| Account No.<br>**PNC Mortgage**<br>**3232 Newmark Drive., Building. 8**<br>**Miamisburg, OH 45342** | | | **Additional Notice Sent To:**<br>**PNC Mortgage**<br><br>Value $ | | | | **Notice Only** | |

Sheet **1** of **2** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) **0.00** **0.00**

In re **Daniel Fryza,**
**Katherine Revelas**
, Debtors

Case No. **14-44618**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**TCF National Bank<br>800 Burr Ridge Parkway<br>Burr Ridge, IL 60527** | X | J | **Mortgage<br>3336 Elm, Brookfield, Illinois 60513<br>Single Family Dwelling - 50% owner<br>Debtor received property from Mother after her passing<br>Value Per Zillow: $80,000.00 Mortgage: $95,000.00<br>Property still in Mother's name.**<br>Value $ 80,000.00 | | | | 100,000.00 | 20,000.00 |
| Account No.<br>**Cook County Clerk<br>69 W. Washington, Suite 500<br>Chicago, IL 60602** | | | **Additional Notice Sent To:<br>TCF National Bank**<br><br>Value $ | | | | **Notice Only** | |
| Account No.<br>**Cook County State's Attorney<br>69 W. Washington, Suite 3200<br>Chicago, IL 60602** | | | **Additional Notice Sent To:<br>TCF National Bank**<br><br>Value $ | | | | **Notice Only** | |
| Account No.<br>**Cook County Treasurer's Office<br>118 North Clark Street, Room 112<br>Chicago, IL 60602** | | | **Additional Notice Sent To:<br>TCF National Bank**<br><br>Value $ | | | | **Notice Only** | |
| Account No.<br>**David T. Cohen & Associates, Ltd<br>10729 W. 159th Street<br>Orland Park, IL 60467** | | | **Additional Notice Sent To:<br>TCF National Bank**<br><br>Value $ | | | | **Notice Only** | |

Sheet **2** of **2** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) | 100,000.00 | 20,000.00
Total (Report on Summary of Schedules) | 421,071.81 | 81,071.81