UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   14-44618 |
| Daniel Fryza and Katherine Revelas | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**Order Scheduling Motion for Relief from Stay**

Reply is due on or before July 31, 2015.

Status is scheduled for August 7, 2015 at 10:00 a.m. in courtroom 240, 100 South 3rd Street, Geneva, Illinois 60134.

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  July 10, 2015