Model Plan            Trustee: ☐ Marshall    ☐ Meyer
11/22/2013                ■ Stearns    ☐ Vaughn

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | ) | Case No. **14-44618** |
| | ) | |
| **Daniel Fryza** | ) | |
| **Katherine Revelas** | ) | |
| Debtors. | ) | Modified Chapter 13 Plan, dated 11/17/15 |

■    A check in this box indicates that the plan contains special provisions, set out in Section G. Otherwise, the plan includes no provisions deviating from the model plan adopted by the court at the time of the filing of this case.

**Section A.**
*Budget items*

1. As stated in the debtor's Schedule I and J, (a) the number of persons in the debtor's household is **2**; (b) their ages are **73, 61**; (c) total household monthly income is $ **8,852.40**; and (d) total monthly household expenses are $ **6,951.86**, leaving $ **1,900.54** available monthly for plan payments.

2. The debtor's Schedule J includes $ **N/A** for charitable contributions; the debtor represents that the debtor made substantially similar contributions for **N/A** months prior to filing this case.

**Section B.**
*General items*

1. The debtor assumes all unexpired leases and executory contracts listed in Section G of this plan; all other unexpired leases and executory contracts are rejected. Both assumption and rejection are effective as of the date of plan confirmation.

2. Claims secured by a mortgage on real property of the debtor, set out in Section C or in Paragraph 2 of Section E of this plan, shall be treated as follows:

(a) *Prepetition defaults.* If the debtor pays the cure amount specified in Paragraph 5 of Section E, while timely making all required postpetition payments, the mortgage will be reinstated according to its original terms, extinguishing any right of the mortgagee to recover any amount alleged to have arisen prior to the filing of the petition.

(b) *Costs of collection.* Costs of collection, including attorneys' fees, incurred by the holder after the filing of this bankruptcy case and before the final payment of the cure amount specified in Paragraph 5 of Section E may be added to that cure amount pursuant to order of the court on motion of the holder.

3. The holder of any claim secured by a lien on property of the estate, other than a mortgage treated in Section C or in Paragraph 2 of Section E, shall retain the lien until the earlier of (a) payment of the underlying debt determined under nonbankruptcy law, or (b) discharge under 11 U.S.C. § 1328, at which time the lien shall terminate and be released by the creditor.

4. The debtor shall retain records, including all receipts, of all charitable donations listed in Schedule J.

**Section C.**
*Direct payment of claims by debtor*

☐ The debtor will make no direct payments to creditors holding prepetition claims. /or/

■ The debtor will make current monthly payments, as listed in the debtor's Schedule J-- increased or decreased as necessary to reflect changes in variable interest rates, escrow requirements, collection costs, or similar matters--directly to the following creditors holding claims secured by a mortgage on the debtor's real property:

Creditor: __PNC Mortgage (1st Mortgage)__ , monthly payment, $ __2,137.86__
Creditor: __TCF National Bank__ , monthly payment, $ __385.00__

**Section D.**
*Payments by debtor to the trustee; plan term and completion*

1. *Initial plan term.* The debtor will pay to the trustee $ __300.00__ monthly for __4__ months [and **$1,900.00 per month for 8 months, then $2,250.00 per month for 48 months**], for total payments, during the initial plan term, of $ __124,400.00__ . [Enter this amount on Line 1 of Section H.]

2. *Adjustments to initial term.* If the amount paid by the debtor to the trustee during the initial plan term does not permit payment of general unsecured claims as specified in Paragraphs 8 and 9 of Section E, then the debtor shall make additional monthly payments, during the maximum plan term allowed by law, sufficient to permit the specified payments.

3. *Plan completion.* ☐ The plan will conclude before the end of the initial term, as adjusted by Paragraph 2, only at such time as all allowed claims are paid in full, with any interest required by the plan /or/

■ The plan will conclude before the end of the initial term at any time that the debtor pays to the trustee the full amounts specified in Paragraphs 1 and 2.

**Section E.**
*Disbursements by the trustee*

The trustee shall disburse payments received from the debtor under this plan as follows:

1. *Trustee's fees.* Payable monthly, as authorized; estimated at **5.00**% of plan payments; and during the initial plan term, totaling $ __6,220.00__ . [Enter this amount on Line 2a of Section H.]

2. *Current mortgage payments.* Payable according to the terms of the mortgage, as set forth below, beginning with the first payment due after the filing of the case. Each of these payments shall be increased or decreased by the trustee as necessary to reflect changes in variable interest rates, escrow requirements, or similar matters; the trustee shall make the change in payments as soon as practicable after receipt of a notice of the change issued by the mortgage holder, but no later than 14 days after such receipt. The trustee shall notify the debtor of any such change at least 7 days before putting the change into effect. Any current mortgage payment made by the debtor directly to the mortgagee shall be deducted from the amounts due to be paid to the trustee under this plan.

**-NONE-**

The total of all current mortgage payments to be made by the trustee under the plan is estimated to be $ __0.00__ . [Enter this amount on Line 2b of Section H.]

3.1. *Other secured claims secured by value in collateral.* All secured claims, other than mortgage claims treated above and claims treated in Paragraph 3.2, are to be paid in full during the plan term, with interest at an annual percentage rates and in the fixed monthly amounts specified below regardless of contrary proofs of claim (subject to reduction with the consent of the creditor):

(a) Creditor:  **PNC Bank (2nd Mortgage)**      Collateral:**1236 Teasel Lane, Naperille, Illinois 60564**
**Single Family Dwelling**
**Purchased in November 1994 (Purchase Price $156,877)**
**Value Per Zillow.com**
**PIN#: 07-33-114-013**

Amount of secured claim: $ **80,000.00** APR **2** %   Fixed monthly payment:$ **1,402.22** ;
Total estimated payments, including interest, on the claim: $**78,524.32**. ☐ Check if non-PMSI

[All claims in the debtor's Schedule D, other than mortgages treated above and claims for which the collateral has no value, must be listed in this paragraph.]

The total of all payments on these secured claims, including interest, is estimated to be $ **78,524.32** . [Enter this amount on Line 2c of Section H.]

3.2 *Other secured claims treated as unsecured*.  The following claims are secured by collateral that either has no value or that is fully encumbered by liens with higher priority.  No payment will be made on these claims on account of their secured status, but to the extent that the claims are allowed, they will be paid as unsecured claims, pursuant to Paragraphs 6 and 8 of this section.
**-NONE-**

4. *Priority claims of debtor's attorney*. Payable in amounts allowed by court order. The total claim of debtor's attorney is estimated to be $ **2,650.00** . [Enter this amount on Line 2d of Section H.]

5. *Mortgage arrears*. Payable as set forth below, regardless of contrary proofs of claim, except that the arrears payable may be reduced either with the consent of the mortgagee or by court order, entered on motion of the debtor with notice to the trustee and the mortgagee.  Any such reduction shall be effective 14 days after either the trustee's receipt of a notice of reduction consented to by the mortgagee or the entry of a court order reducing the arrearage.

(a) To creditor   **TCF National Bank**  , arrears of $ **8,662.78** , payable monthly from available funds, pro rata with other mortgage arrears,
■ without interest /or/ ☐ with interest at an annual percentage rate of _____ %.
These arrearage payments, over the term of the plan, are estimated to total $ **8,662.78** .

6. *Allowed priority claims other than those of the debtor's attorney*. Payable in full, without interest, on a pro rata basis. The total of all payments on non-attorney priority claims to be made by the trustee under the plan is estimated to be $ **17,283.19** . [Enter this amount on Line 2f of Section H.] Any claim for which the proof of claim asserts both secured and priority status, but which is not identified as secured in Paragraphs 2, 3.1, or 3.2 of this section, will be treated under this paragraph to the extent that the claim is allowed as priority claim.

7. *Specially classified unsecured claim*. A special class consisting of the following non-priority unsecured claim:   **-NONE-**    shall be paid at    **N/A**   % of the allowed amount. The total of all payments to this special class is estimated to be $    **N/A**    . [Enter this amount on Line 2g of Section H.]

Reason for the special class:    **N/A**    .

8. *General unsecured claims (GUCs)*. All allowed nonpriority unsecured claims, not specially classified, including unsecured deficiency claims under 11 U.S.C. § 506(a), shall be paid, pro rata, ☐ in full, /or/ ■ to the extent possible from the payments set out in Section D, but not less than  **10** % of their allowed amount. [Enter minimum payment percentage on Line 4b of Section

**3**

H.] Any claim for which the proof of claim asserts secured status, but which is not identified as secured in section C, or Paragraphs 2, 3.1, 3.2 or 5 of this section, will be treated under this paragraph to the extent that the claim is allowed without priority.

9. *Interest*. ■ Interest shall not be paid on unsecured claims /or/ ☐ interest shall be paid on unsecured claims, including priority and specially classified claims, at an annual percentage rate of ___N/A___ % [Complete Line 4d of Section H to reflect interest payable.]

**Section F.**
*Priority*

The trustee shall pay the amounts specified in Section E of this Plan in the following order of priority, with claims in a given level of priority reduced proportionately in the event of insufficient plan payments: (1) trustee's fee; (2) current mortgage payments; (3) secured claims listed in Section E, Paragraph 3.1; (4) priority claims of the debtor's attorney; (5) mortgage arrears; (6) priority claims other than those of the debtor's attorney; (7) specially classified non-priority unsecured claims; and (8) general unsecured claims.

**Section G.**
*Special terms*

Notwithstanding anything to the contrary set forth above, this Plan shall include the provisions set forth in the box following the signatures. The provisions will not be effective unless there is a check in the notice box preceding Section A.

**Section H.**
*Summary of payments to and from the trustee*

(1) Total payments from the debtor to the Chapter 13 trustee (subject to Paragraph 2 of Section D)     $    124,400.00

(2) Estimated disbursements by the trustee for non-GUCs (general unsecured claims):
  (a) Trustee's fees    $    6,220.00
  (b) Current mortgage payments    $    0.00
  (c) Payments of other allowed secured claims    $    78,524.32
  (d) Priority payments to debtor's attorney    $    2,650.00
  (e) Payments of mortgage arrears    $    8,662.78
  (f) Payments of non-attorney priority claims    $    17,283.19
  (g) Payments of specially classified unsecured claims    $    0.00
  (h) Total *[add Lines 2a through 2g]*    $    113,340.29

(3) Estimated payments available for GUCs and interest during initial plan term *[subtract Line 2h from Line 1]*    $    11,059.71

(4) Estimated payments required after initial plan term:
  (a) Estimated total GUCs, including unsecured deficiency claims under § 506(a)    $    100,897.13
  (b) Minimum GUC payment percentage    10 %
  (c) Estimated minimum GUC payment *[multiply line 4a by line 4b]*    $    10,089.71
  (d) Estimated interest payments on unsecured claims    $    0.00
  (e) Total of GUC and interest payments *[add Lines 4c and 4d]*    $    10,089.71
  (f) Payments available during initial term *[enter Line 3]*    $    11,059.71
  (g) Additional payments required *[subtract Line 4f from Line 4e]*    $    -970.00

(5) Additional payments available:

|  |  |
|---|---|
| (a) Debtor's monthly payment less trustee's fees and current mortgage payments made by the trustee | $ _____N/A_____ |
| (b) Months in maximum plan term after initial term | _____N/A_____ |
| (c) Payments available *[multiply line 5a by line 5b]* | $ _____N/A_____ |

**Section I.**  ☐ A check in this box indicates that the debtor consents to immediate entry of an order directing
*Payroll*     the debtor's employer to deduct from the debtor's wages the amount specified in Paragraph 1 of
*Control*     Section D and to pay that amount to the trustee on the debtor's behalf. If this is a joint case,
              details of the deductions from each spouse's wages are set out in Section G.

**Signatures** **Debtor(s) [Sign only if not represented by an attorney]**

_____    _____    Date _____

**Debtor's Attorney**    /s/ Paul M. Bach    Date November 17, 2015

*Attorney Information*
*(name, address,*
*telephone, etc.)*

Paul M. Bach 06209530
Sulaiman Law Group, Ltd.
900 Jorie Boulevard
Suite 150
Oak Brook, IL 60523
630-575-8181
Fax: 630-575-8188

**Special Terms** *[as provided in Paragraph G]*

**1) Pursuant to 1322(c)(2) Debtors will pay off the secured second mortgage of PNC Bank at the full fair market value of $80,000.00 including interest of 2.0%, that the second mortgage of PNC Bank shall be bifurcated into secured and unsecured status and that the remaining unsecured portion of the second mortgage will not paid as the general unsecured portion was discharged in Case 09 B 49456. Upon entry of discharge in this Chapter 13 case, PNC Bank its successors and assigns shall release its security interest and/or Second Mortgage in the property commonly known as 1236 Teasel, Naperville, IL (this applies as to the second priority mortgage only)**

**2. Debtors shall make direct payments to Chicory Place Community Association c/o G&D Property Management Inc for association dues related to the real property located at 1236 Teasal Lane, Naperille, Illinois for as long as the Debtor holds legal title.**

**3. The Debtors have entered into a Modification on their first mortgage as to 1236 Teasel Lane, Naperville, Illinois with the mortgage holder, PNC Bank, N.A. Pursuant to that Agreement, there is no arrearage on the first mortgage 1236 Teasel Lane, Naperville, Illinois and the Debtor is current as of the date of Confirmation.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 14-44618-DRC
Daniel Fryza                                                              Chapter 13
Katherine Revelas
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mflowers              Page 1 of 3           Date Rcvd: Nov 20, 2015
                              Form ID: pdf003             Total Noticed: 88

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2015.
```
db/jdb         +Daniel Fryza,    Katherine Revelas,    1236 Teasel Lane,    Naperville, IL 60564-9771
22734970       +ATF Crdit,    1700 W Cortland Street, Suite 2,    Chicago, IL 60622-1131
22734971       +ATG Credit LLC,    PO Box 14895,    Chicago, IL 60614-8542
22734972        ATG Credit LLC,    1700 Courtland Avenue,    Suite 2,    Chicago, IL 60622
22734968       +Advocate Medical Group,    701 Lee Street,    Des Plaines, IL 60016-4539
22734967       +Advocate Medical Group,    PO Box 92523,    Chicago, IL 60675-2523
22734969       +Advocate Medical Group - Cardiology,    75 Remittance Drive, Suite 1773,
                 Chicago, IL 60675-1773
22734975       +Capital One, N.A.,    1680 Capital One Drive,    Mc Lean, VA 22102-3407
22734973       +Capital One, N.A.,    Capital One Bank (USA) N.A.,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
22734976       +Chicory Place Community Association,    c/o G&D Property Management Inc.,
                 412 Eisenhower Lane North,    Lombard, IL 60148-5404
22734979       +Comenity Bank,    220 W. Schrock Road,    Westerville, OH 43081-2873
22734977       +Comenity Bank,    4590 E Broad Street,    Columbus, OH 43213-1301
22734978       +Comenity Bank,    PO Box 182789,    Columbus, OH 43218-2789
22997759       +Cook County Clerk,    69 W. Washington, Suite 500,    Chicago, IL 60602-3030
22997760       +Cook County State's Attorney,    69 W. Washington, Suite 3200,    Chicago, IL 60602-3174
22734983       +David S Larsen MD,    3351 Hobson Road Suite A,    Woodridge, IL 60517-1689
22997762       +David T. Cohen & Associates, Ltd,    10729 W. 159th Street,    Orland Park, IL 60467-4531
22734984       +Dependon Collection SE,    Attn: Bankruptcy,    Po Box 4833,    Oak Brook, IL 60522-4833
22734986       +Dependon Collection Service, Inc,    PO Box 4833,    Oak Brook, IL 60522-4833
22734988       +Edward Hospital,    Po Box 5995,    Peoria, IL 61601-5995
22734990        Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
22734991       +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
22734993       +First Premier Bank,    601 South Minnesota Avenue,    Sioux Falls, SD 57104-4868
22734992       +First Premier Bank,    3820 N Louise Avenue,    Sioux Falls, SD 57107-0145
22734994       +First Premier Bank,    PO Box 5524,    Sioux Falls, SD 57117-5524
23481480       +Gina Desantis,    3326 Elm Ave,    Brookfield, IL 60513-1310
22734998       +Great Lakes EducationalLoan Services inc,    Glelsi,    2401 International Lane,
                 Madison, WI 53704-3121
22734999       +ICS Collection Service,    Po box 1010,    Tinley Park, IL 60477-9110
22735000       +Illinois Collection Service,    8231 185th Street, Suite 100,    Tinley Park, IL 60487-9356
22735001       +Illinois Collection Service Inc,    PO Box 1010,    Tinley Park, IL 60477-9110
22735002       +Illinois Collection Service/ICS,    Illinois Collection Service,    Po Box 1010,
                 Tinley Park, IL 60477-9110
22735007        Linebarger, Goggin, Blair & Sampson,    PO Box 06140,    Chicago, IL 60606-0140
22735008       +Macy's,    Po Box 183083,    Columbus, OH 43218-3083
22735009        Macy's Inc.,    911 Duke Boulevard,    Mason, OH 45040
22735010       +Macys,    9111 Duke Boulevard,    Mason, OH 45040-8999
22735012       +Merchants Credit,    223 W. Jackson Boulevard,    Suite 400,    Chicago, IL 60606-6974
22735013       +Merchants Credit Guide,    223 W. Jackson Boulevard,    Suite 700,    Chicago, IL 60606-6914
22735014       +National City Mortgage,    4661 E. Main Street,    Columbus, OH 43213-3193
22735015       +Nationwide Credit, Inc.,    PO Box 26314,    Lehigh Valley, PA 18002-6314
22735017       +Nordstrom FSB,    8502 East Princess Drive,    Scottsdale, AZ 85255-7802
22845361       +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
22735021       +PNC Bank,    Customer Service Department,    PO Box 1820,    Dayton, OH 45401-1820
22735022       +PNC Bank N.A,    1 Financial Parkway,    Kalamazoo, MI 49009-8002
22788480       +PNC Bank, National Association   C/O,    Pierce & Associates,    1 N. Dearborn Ste 1300,
                 Chicago, IL 60602-4373
22735025       +PNC Mortgage,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
22735026       +PNC Mortgage,    3232 Newmark Drive., Building. 8,    Miamisburg, OH 45342-5433
22735023       +PNC Mortgage,    Customer Service Department,    PO Box 1820,    Dayton, OH 45401-1820
22735024       +PNC Mortgage,    6 N Main Street,    Dayton, OH 45402-1908
22735019       +Pierce & Associates,    1 North Dearborn,    Ste 1300,    Chicago, IL 60602-4373
22735020       +Pierce and Assoc.,    One N. Dearborn St,    Suite 1300,    Chicago, IL 60602-4373
22805395       +Reliance Standard Life Insurance Comp,    2001 Market Street Ste 1500,
                 Philadelphia, PA 19103-7090
22735027       +Rush Copley Medical Center,    2000 Ogden Avenue,    Aurora, IL 60504-5893
22735028       +Rush Copley Memorial Hospital,    1100 W. Veterans Parkway,    Yorkville, IL 60560-4728
22997758       +TCF National Bank,    David T Cohen and Associates Ltd,    10729 W 159th Street,
                 Orland Park, IL 60467-4531
22735031       +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210
23002140       +US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI 53708-8973
22735034       +US Department of Education,    Potomac Center Plaza (PCP),    550 12th Street, SW,
                 Washington, DC 20202-0031
22735033       +US Department of Education,    400 Maryland Avenue, SW,    Washington, DC 20202-0001
22735032       +UroPartners LLC,    2850 S. Wabash Avenue,    Chicago, IL 60616-2955
22735035       +Us Dept Of Education / GLELSI,    Po Box 7860,    Madison, WI 53707-7860
22735036       +Walmart,    Asset Protection Recovery,    PO Box 101928, Dept 4295,    Birmingham, AL 35210-6928
22735037       +Walmart Stores Inc,    702 SW 8th Street,    6487,    Bentonville, AR 72716-6209
23163891       +Wells Fargo Bank,    PO Box 5058,    MAC P6053-021,    Portland, OR 97208-5058
```

```
District/off: 0752-1            User: mflowers              Page 2 of 3                   Date Rcvd: Nov 20, 2015
                                Form ID: pdf003             Total Noticed: 88


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22734974       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 21 2015 01:17:16      Capital One, N.A. *,
                 c/o American Infosource,    P.O Box 54529,   Oklahoma City, OK 73154-1529
22971091       +E-mail/Text: bankruptcy@cavps.com Nov 21 2015 01:02:17      Cavalry SPV I, LLC assign,
                 Capital One Bank USA NA,    500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
22997761       +E-mail/Text: lbankruptcy@cookcountytreasurer.com Nov 21 2015 01:02:12
                 Cook County Treasurer's Office,    118 North Clark Street, Room 112,   Chicago, IL 60602-1590
22734982       +E-mail/Text: creditonebknotifications@resurgent.com Nov 21 2015 01:00:47      Credit One Bank,
                 585 Pilot Road,   Las Vegas, NV 89119-3619
22734981       +E-mail/Text: creditonebknotifications@resurgent.com Nov 21 2015 01:00:47      Credit One Bank,
                 P.O Box 98872,   Las Vegas, NV 89193-8872
22734980       +E-mail/Text: creditonebknotifications@resurgent.com Nov 21 2015 01:00:47      Credit One Bank,
                 Po Box 98873,   Las Vegas, NV 89193-8873
22734987       +E-mail/Text: bankruptcy@edward.org Nov 21 2015 01:02:30      Edward Hospital,
                 801 South Washington Street,    Naperville, IL 60540-7499
22734989        E-mail/Text: bankruptcy@edward.org Nov 21 2015 01:02:30      Edward Hospital,   PO Box 4207,
                 Carol Stream, IL 60197-4207
22734995       +E-mail/PDF: gecsedi@recoverycorp.com Nov 21 2015 01:17:29
                 GE Capital Retail Consumer Finance,    1600 Summer Street,   Fifth Floor,
                 Stamford, CT 06905-5125
22734996       +E-mail/PDF: gecsedi@recoverycorp.com Nov 21 2015 01:17:03      GE Money Bank Care Card,
                 Po Box 960061,   Orlando, FL 32896-0061
22734997       +E-mail/PDF: gecsedi@recoverycorp.com Nov 21 2015 01:16:31      GECRB/Care Credit,
                 Attn: bankruptcy,   Po Box 103104,    Roswell, GA 30076-9104
22735003        E-mail/Text: rev.bankruptcy@illinois.gov Nov 21 2015 01:01:41
                 Illinois Department of Revenue,    Bankruptcy Section,   100 W. Randolph Street,
                 Chicago, IL 60606
22735005        E-mail/Text: cio.bncmail@irs.gov Nov 21 2015 01:01:02      Internal Revenue Service,
                 Mail Stop 5010 CHI,   230 S. Dearborn Street,    Chicago, IL 60604
23020652        E-mail/Text: rev.bankruptcy@illinois.gov Nov 21 2015 01:01:42
                 Illinois Department of Revenue,    Bankruptcy Section,   P.O. Box 64338,
                 Chicago, Illinois 60664-0338
23130009        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 21 2015 01:24:31
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,   PO Box 10587,    Greenville, SC 29603-0587
22735011       +Fax: 773-272-0602 Nov 21 2015 01:53:42      Medical Recovery Specialists, Inc.,
                 2250 E. Devon Avenue, Suite 352,    Des Plaines, IL 60018-4519
22735016       +E-mail/Text: bnc@nordstrom.com Nov 21 2015 01:00:57      Nordstrom FSB,
                 Attention: Account Services,    Po Box 6566,   Englewood, CO 80155-6566
22735018        E-mail/Text: bnc@nordstrom.com Nov 21 2015 01:00:57      Nordstrom FSB,   PO Box 79134,
                 Phoenix, AZ 85062-9134
23165379        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 21 2015 01:17:33
                 Portfolio Recovery Associates, LLC,    Successor to Synchrony Bank (WALMART CRE,    POB 41067,
                 Norfolk, VA 23541
23159685        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 21 2015 01:17:08
                 Portfolio Recovery Associates, LLC,    successor to Synchrony Bank,    (CARE CREDIT),
                 POB 41067,   Norfolk VA 23541
23176667       +E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 21 2015 01:02:14      Premier Bankcard, Llc.,
                 Jefferson Capital Systems LLC assign,    Po Box 7999,   Saint Cloud Mn 56302-7999
23167198       +E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 21 2015 01:02:13      Premier Bankcard, Llc.,
                 Jefferson Capital Systems LLC,    Po Box 7999,   Saint Cloud Mn 56302-7999
22735030       +E-mail/PDF: gecsedi@recoverycorp.com Nov 21 2015 01:16:31      Synchrony Bank,   PO Box 530916,
                 Atlanta, GA 30353-0916
22735029       +E-mail/PDF: gecsedi@recoverycorp.com Nov 21 2015 01:17:30      Synchrony Bank,   Po Box 965015,
                 Orlando, FL 32896-5015
23151535        E-mail/PDF: gecsedi@recoverycorp.com Nov 21 2015 01:16:31      Synchrony Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
                                                                                               TOTAL: 25

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22735004*      ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,   P O BOX 64338,
                 CHICAGO IL 60664-0338
               (address filed with court:   Illinois Department of Revenue,    P.O. Box 19035,
                 Springfield, IL 62794)
22735006*       Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
23165299*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court:   Portfolio Recovery Associates, LLC,    successor to Synchrony Bank,
                 (CARE CREDIT),   POB 41067,    Norfolk VA 23541)
23165297*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court:   Portfolio Recovery Associates, LLC,
                 successor to Synchrony Bank (CARE CREDIT,    POB 41067,   Norfolk VA 23541)
```

```
District/off: 0752-1           User: mflowers              Page 3 of 3              Date Rcvd: Nov 20, 2015
                               Form ID: pdf003             Total Noticed: 88

22734985      ##+Dependon Collection Service,    120 W 22nd Street, # 360,    Oak Brook, IL 60523-4070
                                                                                  TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2015                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 19, 2015 at the address(es) listed below:
              Andrew J Nelson    on behalf of Creditor   PNC Bank, National Association anelson@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Glenn B Stearns    mcguckin_m@lisle13.com
              Glenn B Stearns    on behalf of Trustee Glenn B Stearns mcguckin_m@lisle13.com
              Matteo A. Crawford    on behalf of Creditor   TCF NATIONAL BANK mcrawford@davidtcohenlaw.com,
               cfallara@davidtcohenlaw.com;jvanheel@davidtcohenlaw.com;smakowka@davidtcohenlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Paul M Bach    on behalf of Debtor Daniel   Fryza ecfbach@gmail.com,
               ECFNotice@sulaimanlaw.com;Courtinfo@Sulaimanlaw.com;bkycourtinfo@gmail.com;Paul@BachOffices.com;m
               badwan@sulaimanlaw.com;bkycourtinfo@gmail.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexp
               ress.info
              Paul M Bach    on behalf of Joint Debtor Katherine   Revelas ecfbach@gmail.com,
               ECFNotice@sulaimanlaw.com;Courtinfo@Sulaimanlaw.com;bkycourtinfo@gmail.com;Paul@BachOffices.com;m
               badwan@sulaimanlaw.com;bkycourtinfo@gmail.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexp
               ress.info
              Penelope N Bach    on behalf of Joint Debtor Katherine   Revelas pnbach@sulaimanlaw.com,
               ecfbach@gmail.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbad
               wan@sulaimanlaw.com;bkycourtinfo@gmail.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpres
               s.info
              Penelope N Bach    on behalf of Debtor Daniel   Fryza pnbach@sulaimanlaw.com,
               ecfbach@gmail.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbad
               wan@sulaimanlaw.com;bkycourtinfo@gmail.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpres
               s.info
              Shannon   Cummings    on behalf of Creditor   PNC Bank, National Association, successor by merger
               to MidAmerica Bank shannon@blommerpeterman.com
              Stephen   Smith    on behalf of Creditor   PNC Bank, National Association
               stephen@blommerpeterman.com
                                                                                             TOTAL: 11
```